**Order filed August 9, 2012**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-11-01008-CR**
**NO. 14-11-01010-CR**

_____

**HARLON RAY BUCKNER, II, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 178th District Court**
**Harris County, Texas**
**Trial Court Cause No. 755722**

## ORDER

On June 21, 2012, this Court issued an order abating the appeal and directing the trial court to enter findings regarding appellant's motion for post-conviction DNA testing. A supplemental clerk's record containing the trial court's findings and conclusions have been filed in this court. Accordingly, the appeal is REINSTATED.

The Court will allow the parties a period of fifteen (15) days to supplement their briefs in light of these findings. Any supplemental briefing is due within 15 days of the date of this order.

PER CURIAM